# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLAND THOMAS WALTERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:14-cv-00827-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF NO. 2) |

Plaintiff Harland Thomas Walters ("Plaintiff") filed a complaint on May 30, 2014.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However, Plaintiff's application was not adequately completed.  Plaintiff declined to provide a complete response to questions 2(d), 2(e) and 2(f), which ask if Plaintiff received any disability or worker's compensation payments, any gifts or inheritances, or any other funds from any other sources.  Further, Plaintiff indicated that he last worked in May 2014—the same month he filed his application—but provided no information regarding such employment such as the employer's name or Plaintiffs gross pay or wages.  It is unclear if Plaintiff remains employed.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an in forma pauperis application (Long Form) to Plaintiff;

3. **On or before June 24, 2014**, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma pauperis without prepayment of the fee using the attached Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **June 4, 2014**

UNITED STATES MAGISTRATE JUDGE

2