# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HARLAND THOMAS WALTERS, | Case No. 1:14-cv-00827-SAB |
|---|---|
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Harland Thomas Walters filed this action on May 30, 2014 and the summons was issued on June 23, 2014. Within ten (10) days of the service of this order Plaintiff is directed to file a notice informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated: **September 24, 2014**

UNITED STATES MAGISTRATE JUDGE