# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLAND THOMAS WALTERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:14-cv-00827-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before July 3, 2015;
2. Defendants opposition shall be filed on or before August 3, 2015; and
3. Plaintiff's reply, if any, shall be filed on or before August 18, 2015.

IT IS SO ORDERED.

Dated:   **May 8, 2015**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1