# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLAND THOMAS WALTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:14-cv-00827-SAB<br><br>ORDER TO SHOW CAUSE<br><br>SEVEN DAY DEADLINE |

On May 30, 2014, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits. On June 23, 2014, the scheduling order issued in this action. On May 8, 2015, this Court issued an order granting the parties stipulation to extend the briefing schedule. Plaintiff's opening brief was due on July 3, 2015. (ECF No. 15.) Plaintiff did not file an opening brief on or before July 3, 2015.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within seven (7) days of the date of service of this order. Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **July 6, 2015**

UNITED STATES MAGISTRATE JUDGE

1