# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLAND THOMAS WALTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:14-cv-00827-SAB<br><br>DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSIVE BRIEF<br><br>(ECF No. 17) |

On May 8, 2015, the Court issued an order on the parties' stipulation for an extension of time for Plaintiff to file an opening brief in this action.  Plaintiff's opening brief was due on July 3, 2015.  Plaintiff did not file a timely opening brief and on July 6, 2015, an order was signed requiring Plaintiff to show cause why this action should not be dismissed for his failure to file a timely opening brief.  On this same date, Plaintiff filed his opening brief at 11:36 p.m.

As Plaintiff has now filed his opening brief, the order to show cause shall be discharged. Due to Plaintiff's untimely filing, the Court will extend time for Defendant to file a responsive brief.

Accordingly, IT IS HEREBY ORDERED that:

1.    The order to show cause is DISCHARGED;

2.    Defendant's opposition to the opening brief shall be due on or before August 7, 2015; and

1

1       3.     Plaintiff's reply brief, if any, shall be filed on or before August 18, 2015.

IT IS SO ORDERED.

Dated:   **July 7, 2015**

                                                UNITED STATES MAGISTRATE JUDGE