UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| HARLAND THOMAS WALTERS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:14-cv-00827-SAB<br>_____<br><br>ORDER EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 19) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant opposition to the opening brief shall be filed on or before September 8, 2015; and
2. Plaintiff's reply, if any, shall be filed on or before September 23, 2015.

IT IS SO ORDERED.

Dated: **August 5, 2015**

UNITED STATES MAGISTRATE JUDGE